UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Kieara Palmer,

          Plaintiff,      Case No. 25-cv-11109

v.                                Judith E. Levy
                                   United States District Judge

United States of America,

                                   Mag. Judge Anthony P. Patti

          Defendants.

_____/

## **ORDER TO SUPPLEMENT THE RECORD [2]**

*Pro se* Plaintiff Kieara Palmer filed the complaint in this matter on April 16, 2025. (ECF No. 1.) On the same day, Plaintiff filed an application to proceed without prepaying fees or costs (the "Application"). (ECF No. 2.) Plaintiff's Application does not provide the required financial information.

Under 28 U.S.C. § 1914(a), plaintiffs in a civil action must pay a filing fee. If plaintiffs are unable to pay the filing fee, they must document their financial need by completing and submitting an "Application to Proceed in District Court Without Prepaying Fees or Costs" to the Court. *See* 28 U.S.C. § 1915(a)(1). This is also referred to as proceeding "*in forma*

*pauperis*." An individual need not be "absolutely destitute to enjoy the benefits" of proceeding *in forma pauperis*. *Adkins v. E.I. DuPont de Nemours, Inc.*, 335 U.S. 331, 339 (1948). "In determining [*in forma pauperis*] eligibility, courts will generally look to whether the persons are employed, the person's annual salary, and any other property or assets the person may possess." *Cognetto v. Comm'r of Soc. Sec.*, 2014 WL 358465, at *1 (E.D. Mich. Jan. 31, 2014) (internal quotation marks omitted). "Inadequate completion of an application to proceed *in forma pauperis* has been found to be grounds for denial of that application in the Eastern District of Michigan." *Brown v. Berryhill,* No. 17-11577, 2017 WL 2471279, at *2 (E.D. Mich. June 8, 2017).

Plaintiff has not completed the Application. Plaintiff does not answer question 2, which asks about income. (ECF No. 2, PageID.9.) She does not state whether she has other income from a business profession, or other self-employment; rent payments, interest, or dividends; pension, annuity, or life insurance payments; or gifts or inheritances. (*Id.*) Finally, Plaintiff must provide the name of her daughter (or, if under 18, initials only) and how much Plaintiff contributes to her support. (*Id.* at PageID.10.)

As of the date of this order, Plaintiff has not paid the filing fee or filed a completed application to proceed *in forma pauperis*. Accordingly, Plaintiff must file a new Application with completed information by **May 9, 2025.**

IT IS SO ORDERED.

Dated: April 28, 2025            s/Judith E. Levy
   Ann Arbor, Michigan       JUDITH E. LEVY
                                          United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 28, 2025.

                                       s/William Barkholz
                                       WILLIAM BARKHOLZ
                                       Case Manager